MANHATTAN GENERAL INCORPORATED et al., Respondents, v. MARY VOSS et al., Appellants.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.